# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141755

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JONATHAN SANTIAGO ELLIOTT,
   Defendant-Appellant.

SC: 141755
COA: 298885
Eaton CC: 07-020202-FH

_____/

   On order of the Court, the application for leave to appeal the August 4, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

s0131

          Clerk